FILED
2024 May-28 PM 02:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A




**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | | |
|---|---|---|
| **KIMBERLY L. MCGOWEN,** | ) | |
| **Plaintiff/Applicant** | ) | |
| | ) | **CASE NO. CV-2024___________** |
| **v.** | ) | |
| **MASSACHUSETTS MUTUAL LIFE** | ) | |
| **INSURANCE COMPANY** | ) | |
| **Defendant** | ) | |

**COMPLAINT**

**APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Plaintiff, KIMBERLY L. MCGOWEN, by and through her attorney of record, William H. McGowen III, submits this application requesting this Honorable Court grant an immediate Temporary Restraining Order and/or a Preliminary Injunction requiring the Defendant to simply process the Disability Insurance Claim of the Plaintiff.

The Plaintiff recognizes that this Honorable Court is guided by the provisions of Rule 65 of the Alabama Rules of Civil Procedure. Counsel reminds the Court that the limits of Rule 65 are procedural, protective of the rights of the Defendant to assure balanced and complete adjudication. In so balancing and applying the protection of the Defendant, the Court must first determine whether there is a right to protect. If not, the procedure should be a confirmation of the Court's protection of the rights of the Plaintiff.

The MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY received the Plaintiff's Claim Form in October of 2023 related to Policy Number 8,310,213. The Plaintiff treated her last patient on December 29, 2023. The policy includes a 90 day waiting period before beginning to receive benefits. That period ended March 29, 2024.

Nicholas Edwards, the only representaive of Mass Mutual assigned to the case, has negligently and perhaps criminally failed to work through the claims process consistent with the terms of the policy. Mr. Edwards has received probably thirty calls and he has returned two. Mr. Edwards made a specific assertion on March 7, 2024 that the Mass Mutual Physician would have his analysis completed by March 14, 2024 and a decision would be rendered. Mr. Edwards has been deliberately misleading the Plaintiff to "force" this Circuit Court process.

Despite continuing efforts via calls, emails, submission of a complaint on the company website, etc., Kimberly L. McGowen has been suffering "irreparable harm" of psychological abuse which has manifested in a worsening of the physical pain she experiences every day from twenty years of performing root canals in positions inconsistent with the durability of her body. The Defendant has also continued to fraudulently draft monthly policy premiums inconsistent with the terms of the contract.

Attached herewith is an appropriately executed Affidavit as required by Rule 65 to obtain immediate relief.

## PRAYER FOR RELIEF

WHEREFORE, PREMISE CONSIDERED, Plaintiff/Applicant requests this Honorable Court enter a Temporary Restraining Order requiring the Defendant to process Kimberly L. McGowen's claim immediately and submit the finding to Ms. McGowen.

**WHEREFORE,** the Plaintiff requests this Honorable Court enter an ORDER stating the following:

"This Court, upon careful review of the evidence presented and the analysis of the law, finds that injunctive relief is due to be granted. Mass Mutual Insurance Company is hereby ORDERED to process the Claim of Kimberly L. McGowen and submit the findings to her immediately."

Respectfully Submitted,

William H. McGowen III (MCG031)
William H. McGowen III (MCG031)
Attorney for Plaintiff/Applicant
4215 Cliff Road South
Birmingham, AL 35222
(205) 422-4296
Email: unitedhumanitylife@gmail.com


ELECTRONICALLY FILED
5/22/2024 8:30 AM
01-CV-2024-902081.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

**KIMBERLY L. MCGOWEN,**
**Plaintiff/Applicant**

**v.**

**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY**
**Defendant**

**CASE NO. CV-2024__________**

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
MAY 22 2024
JACQUELINE ANDERSON SMITH
CLERK

**COMPLAINT**

**APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Plaintiff, KIMBERLY L. MCGOWEN, by and through her attorney of record, William H. McGowen III, submits this application requesting this Honorable Court grant an immediate Temporary Restraining Order and/or a Preliminary Injunction requiring the Defendant to simply process the Disability Insurance Claim of the Plaintiff.

The Plaintiff recognizes that this Honorable Court is guided by the provisions of Rule 65 of the Alabama Rules of Civil Procedure. Counsel reminds the Court that the limits of Rule 65 are procedural, protective of the rights of the Defendant to assure balanced and complete adjudication. In so balancing and applying the protection of the Defendant, the Court must first determine whether there is a right to protect. If not, the procedure should be a confirmation of the Court's protection of the rights of the Plaintiff.

The MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY received the Plaintiff's Claim Form in October of 2023 related to Policy Number 8,310,213. The Plaintiff treated her last patient on December 29, 2023. The policy includes a 90 day waiting period before beginning to receive benefits. That period ended March 29, 2024.

Nicholas Edwards, the only representaive of Mass Mutual assigned to the case, has negligently and perhaps criminally failed to work through the claims process consistent with the terms of the policy. Mr. Edwards has received probably thirty calls and he has returned two. Mr. Edwards made a specific assertion on March 7, 2024 that the Mass Mutual Physician would have his analysis completed by March 14, 2024 and a decision would be rendered. Mr. Edwards has been deliberately misleading the Plaintiff to "force" this Circuit Court process.

Despite continuing efforts via calls, emails, submission of a complaint on the company website, etc., Kimberly L. McGowen has been suffering "irreparable harm" of psychological abuse which has manifested in a worsening of the physical pain she experiences every day from twenty years of performing root canals in positions inconsistent with the durability of her body. The Defendant has also continued to fraudulently draft monthly policy premiums inconsistent with the terms of the contract.

Attached herewith is an appropriately executed Affidavit as required by Rule 65 to obtain immediate relief.

## PRAYER FOR RELIEF

WHEREFORE, PREMISE CONSIDERED, Plaintiff/Applicant requests this Honorable Court enter a Temporary Restraining Order requiring the Defendant to process Kimberly L. McGowen's claim immediately and submit the finding to Ms. McGowen.

**WHEREFORE,** the Plaintiff requests this Honorable Court enter an ORDER stating the following:

"This Court, upon careful review of the evidence presented and the analysis of the law, finds that injunctive relief is due to be granted. Mass Mutual Insurance Company is hereby ORDERED to process the Claim of Kimberly L. McGowen and submit the findings to her immediately."

Respectfully Submitted,

William H. McGowen III

William H. McGowen III (MCG031)
Attorney for Plaintiff/Applicant
4215 Cliff Road South
Birmingham, AL 35222
(205) 422-4296
Email: unitedhumanitylife@gmail.com

Mass Mutual Life Insurance
DICLAIMFORMS @
MASSMUTUAL.com
1295 State Street
MIP B120
Springfield, Mass
01111

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

**KIMBERLY L. MCGOWEN,** )
**Plaintiff** )
) **CASE NO. CV-2024__________**
**v.** )
**MASSACHUSETTS MUTUAL LIFE** )
**INSURANCE COMPANY** )
**Defendant**

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
MAY 22 2024
JACQUELINE ANDERSON SMITH
CLERK

**AFFIDAVIT OF KIMBERLY L. MCGOWEN IN SUPPORT OF PETITION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Before me, William H. McGowen III, the undersigned authority, a Notary Public for the State of Alabama at Large, personally appeared the Plaintiff/Petitioner/Affiant, KIMBERLY L. MCGOWEN, who is known to me and being by me first duly sworn, on oath, deposes and says as follows:

"The MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, represented by William P. Meagher, GA A013, Treloar and Heisel A075, and Agent, Barb Dando, solicited my agreement to purchase a disability insurance policy providing benefits if I became unable to perform the duties of my "own occupation", the practice of Endodontics or the performance of root canal surgical procedures. The Policy Date is May 9, 2001 and the Policy Date of Issue was May 23, 2001. For the past twenty three years I have paid the policy premiums as required. My Occupation, defined as "The Insured's regular profession or business at the start of Disability" has been Endodontics each and every work day.

The policy explains Total Disability by saying "We will pay the Total Disability Monthly Benefit shown in the Policy Speciafications if the Insured is Totally Disabled." The policy also has provisions regarding "Partial Disabiliy" which pertains to loss of revenue due to reducing the number of days of work.

In late 2022, I had to reduce the number of days I performed the root canal surgical procedures to three and one half. This decision was in response to my daily experience of constant pain. To summarize, I can take ten days off for vacation, return to my procedures for one day, and the constant pain returns. Although I have endured this pain for many years, I have prioritized generating revenue to the more that $300,000.00 I borrowed to pay for college, dental

school, my residencey in Endodontics, and all personal expenses during the associated ten year period.

In October of 2023, I filed a Claim with the insurance company. On December 29, 2023, I treated my last patient and retired. I notified Mass Mutual of this act and stopped receiving revenue. Given the policy includes a ninety day "waiting period", I had saved enough money and retained enough credit to last the ninety days. Despite constant communication with Mass Mutual, the processing of my claim has not been completed. I should have received two months of "total disability" payments and have not.

The conduct of Mass Mutual by and through their representative, Nicholas Edwards, has been inappropriate and psychologically abusive. I have suffered significant additional physical challenges caused by my personal emotional response. My expectation of fair and efficient processing of my claim is absolutely reasonable and the "required" acts of Mass Mutual have been negligently avoided with tortioous "bad faith"!

Mass Mutual Insurance Company is responsible to me as the policyholder to immediately process my claim and send me my money.

Executed this the 21st day of May, 2024.

KIMBERLY L. MCGOWEN

This Affidavit was sworn to and subscribed before me on this the 21st day of May, 2024.

William H. McGowen III
Notary Public, State of Alabama at Large
My Commission Expires: May 21, 2025

SEAL

WILLIAM H. MCGOWEN, III
NOTARY PUBLIC, ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES MAY. 21, 2025




**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | | |
|---|---|---|
| MCGOWEN KIMBERLY L,<br>Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.: CV-2024-902081-MJH |
| | ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>Defendant. | ) | |

**TEMPORARY RESTRAINING ORDER**

Appearing before the Court on this date was counsel for Plaintiff, for a HEARING on Plaintiff's COMPLAINT/APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION AND AFFIDAVIT [Doc. 1] and AMENDED COMPLAINT/APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION [Doc. 8], filed on May 22, 2024.

It appearing that Plaintiff KIMBERLY L. MCGOWEN will suffer immediate and irreparable injury if the Defendant MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, and all those acting at the direction of, and/or in concert or participation with it, do not fully process the disability insurance claim submitted by Plaintiff.

Based on the pleadings, sworn Affidavit of Plaintiff and exhibits to support her APPLICATION, and for good cause shown, the Court hereby **GRANTS** Plaintiff's request and issues this Temporary Restraining Order against Defendant MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY and all those acting at the direction of, and/or in concert or participation with it. Pursuant to this Order, Defendant MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY is hereby:

(a) **ORDERED** to immediately process the disability insurance claim of Plaintiff KIMBERLY L. MCGOWEN, related to Policy No. 8,310,213; and
(b) **ORDERED** to submit the findings of said process to Plaintiff KIMBERLY L. MCGOWEN ***on or before June 4, 2024***.

Plaintiff KIMBERLY L. MCGOWEN shall give security by executing a bond in the amount of **Five Hundred Dollars and No Cents [$500.00]** or by depositing cash in said amount with the Clerk of Court as required by Rule 65 and Rule 65.1 of the Alabama Rules of Civil Procedure;

A Hearing will be **CONDUCTED** in this matter before the undersigned and has been **SET** for ***Wednesday, June 5, 2024, at 10:00 a.m.,*** **in Courtroom 310 of the Jefferson County Courthouse** in

Birmingham, Alabama.

A copy of this TEMPORARY RESTRAINING ORDER is to be **SERVED** upon Defendant MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY along with the Complaint/Application for Temporary Restraining Order and/or Preliminary Injunction and Affidavit, and Amended Complaint/Application for Temporary Restraining Order and/or Preliminary Injunction, as well as by USPS first class mail, certified with return receipt of delivery requested.

Further, counsel for Plaintiff is hereby **ORDERED** to forward a copy of this Order to Defendant MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, by way of its agent/employee and/or assigned claims advisor.

**DONE** and **ORDERED** this, the 24th day of May, 2024, at 11:15 a.m., C.S.T.

**/s/ MARSHELL JACKSON HATCHER**
**CIRCUIT JUDGE**

# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: LAURIE SHARITT**
**5/24/2024 1:23:28 PM**

alacourt.com

County: **01** Case Number: **CV-2024-902081.00** Court Action:
Style: **KIMBERLY L MCGOWEN V. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY**




## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 01-JEFFERSON - BIRMINGHAM | Case Number: | CV-2024-902081.00 | Judge: | MJH:MARSHELL JACKSON HATCHER |
| Style: | KIMBERLY L MCGOWEN V. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | | | | |
| Filed: | 05/22/2024 | Case Status: | ACTIVE | Case Type: | EQUITY NON-DAMAGE |
| Trial Type: | BENCH | Track: | | Appellate Case: | 0 |
| No of Plaintiffs: | 1 | No of Defendants: | 1 | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | 0.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | 0 | Num of Liens: | 0 | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | : | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | 05/22/2024 | Updated By: | AJA |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - MCGOWEN KIMBERLY L

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | MCGOWEN KIMBERLY L | | | Type: | I-INDIVIDUAL |
| Index: | D MASSACHUSETT | Alt Name: | | Hardship: | No | JID: | JFH |
| Address 1: | 4215 CLIFF ROAD SOUTH | | | Phone: | (205) 000-0000 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address 2: | | | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: | 35222-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | MCG031 | | MCGOWEN WILLIAM HENRY III | BILLY@GIVING4LIFE.COM | (205) 422-4296 |

## *Party 2 - Defendant BUSINESS - MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY*

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | | | Type: | B-BUSINESS |
| Index: | C MCGOWEN KIMB | Alt Name: | | Hardship: | No | JID: | JFH |
| Address 1: | 1295 STATE STREET MIP B 1 | | | Phone: | (205) 000-0000 | | |
| Address 2: | | | | | | | |
| City: | SPRINGFIELD | State: | MA | Zip: | 01111-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | | Issued Type: | | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | 05/22/2024 | Service Type | Z-SERVICE WAIVED | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## *Financial*

### *Fee Sheet*

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | CV00 | C001 | 000 | $206.00 | $206.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $251.00 | $251.00 | $0.00 | $0.00 | |

## Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/22/2024 | RECEIPT | CV00 | 2024165 | 35895000 | $206.00 | C001 | 000 | | N | | | DES |
| 05/22/2024 | RECEIPT | VADM | 2024165 | 35895001 | $45.00 | C001 | 000 | | N | | | DES |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 5/22/2024 | 8:30 AM | ECOMP | COMPLAINT E-FILED. | MCG031 |
| 5/22/2024 | 8:48 AM | FILE | FILED THIS DATE: 05/22/2024 (AV01) | DES |
| 5/22/2024 | 8:48 AM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | DES |
| 5/22/2024 | 8:48 AM | ASSJ | ASSIGNED TO JUDGE: JIM HUGHEY III (AV01) | DES |
| 5/22/2024 | 8:48 AM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | DES |
| 5/22/2024 | 8:48 AM | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) | DES |
| 5/22/2024 | 8:48 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | DES |
| 5/22/2024 | 8:48 AM | ORIG | ORIGIN: INITIAL FILING (AV01) | DES |
| 5/22/2024 | 8:48 AM | C001 | C001 PARTY ADDED: MCGOWEN KIMBERLY L (AV02) | DES |
| 5/22/2024 | 8:48 AM | C001 | INDIGENT FLAG SET TO: N (AV02) | DES |
| 5/22/2024 | 8:48 AM | C001 | LISTED AS ATTORNEY FOR C001: MCGOWEN WILLIAM HENR | DES |
| 5/22/2024 | 8:48 AM | C001 | C001 E-ORDER FLAG SET TO "Y" (AV02) | DES |
| 5/22/2024 | 8:48 AM | D001 | D001 PARTY ADDED: MASSACHUSETTS MUTUAL LIFE INSURA | DES |
| 5/22/2024 | 8:48 AM | D001 | INDIGENT FLAG SET TO: N (AV02) | DES |
| 5/22/2024 | 8:48 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | DES |
| 5/22/2024 | 8:48 AM | D001 | SERVICE WAIVED ON 05/22/2024 FOR D001 (AV02) | DES |
| 5/22/2024 | 8:48 AM | D001 | D001 E-ORDER FLAG SET TO "Y" (AV02) | DES |
| 5/22/2024 | 9:34 AM | JEORDE | ORDER E-FILED - ORDER OF RECUSAL - E-FILE ORDER - RENDERED & ENTERED: 5/22/2024 9:34:15 AM | J |
| 5/22/2024 | 9:36 AM | ASSJ | ASSIGNED TO JUDGE: PAT BALLARD (AV01) | DES |
| 5/22/2024 | 9:36 AM | ASSJ | DUE TO RECUSAL (AV01) | DES |
| 5/22/2024 | 9:56 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 5/22/2024 9:56:55 AM | J |
| 5/22/2024 | 10:22 AM | ASSJ | ASSIGNED TO JUDGE: JIM HUGHEY III (AV01) | DES |
| 5/22/2024 | 10:24 AM | ASSJ | ASSIGNED TO JUDGE: MARSHELL JACKSON HATCHER (AV01) | DES |
| 5/22/2024 | 2:32 PM | EAMEN | AMENDED COMPLAINT E-FILED. | MCG031 |
| 5/23/2024 | 7:43 AM | EPORD | PROPOSED ORDER SUBMITTED | MCG031 |
| 5/23/2024 | 4:07 PM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - ORDER SETTING HEARING - RENDERED & ENTERED: 5/23/2024 4:07:53 PM | J |
| 5/24/2024 | 7:03 AM | EPORD | PROPOSED ORDER SUBMITTED | MCG031 |
| 5/24/2024 | 11:15 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - TEMPORARY RESTRAINING ORDER - RENDERED & ENTERED: 5/24/2024 11:15:22 AM | J |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 5/22/2024 8:30:02 AM | 1 | COMPLAINT | | 4 |
| 5/22/2024 8:30:03 AM | 2 | MISC. DOCUMENT | COVER SHEET | 1 |
| 5/22/2024 8:48:48 AM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 5/22/2024 9:34:19 AM | 4 | ORDER OF RECUSAL | E-FILE ORDER | 1 |
| 5/22/2024 9:34:22 AM | 5 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 5/22/2024 9:57:01 AM | 6 | ORDER | E-FILE ORDER | 1 |
| 5/22/2024 9:57:05 AM | 7 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |

| | | | | |
|---|---|---|---|---|
| 5/22/2024 2:32:39 PM | 8 | AMENDED COMPLAINT | Amended Complaint | 2 |
| 5/22/2024 2:32:44 PM | 9 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 5/23/2024 7:43:48 AM | 10 | PROPOSED ORDER | ORDER | 1 |
| 5/23/2024 7:43:56 AM | 11 | PROPOSED ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 5/23/2024 4:08:05 PM | 12 | ORDER | E-FILE ORDER - Order Setting Hearing | 1 |
| 5/23/2024 4:08:16 PM | 13 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 5/24/2024 7:03:29 AM | 14 | PROPOSED ORDER | ORDER | 2 |
| 5/24/2024 7:03:34 AM | 15 | PROPOSED ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 5/24/2024 11:15:38 AM | 16 | ORDER | E-FILE ORDER - Temporary Restraining Order | 2 |
| 5/24/2024 11:15:41 AM | 17 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |




***END OF THE REPORT***




**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | | |
|---|---|---|
| **KIMBERLY L. McGOWEN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **01-CV-2024-902081** |
| | ) | |
| **MASSACHUSETTS MUTUAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| **Defendant.** | ) | |

**ORDER**

Because the Plaintiff reminded the undersigned that they had discussed this case prior to it being filed, the undersigned hereby recuses himself from this case in compliance with Canon 2 of the Alabama Canons of Judicial Ethics and hereby **ORDERS and DIRECTS** the Circuit Clerk to reassign this matter to another Judge, in accord with all applicable rules.

**DONE and ORDERED this 22nd day of May, 2024.**

**/s/ PAT BALLARD**
**CIRCUIT JUDGE**

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | | |
|---|---|---|
| MCGOWEN KIMBERLY L,<br>Plaintiff, | ) | |
| V. | ) | Case No.: CV-2024-902081.00 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>Defendant. | ) | |

**ORDER**

PROPOSED ORDER

**<u>ORDER</u>**

This Court, upon careful review of the evidence presented and the analysis of the law, finds that injunctive relief is due to be granted. Mass Mutual Insurance Company is hereby ORDERED to process the Disability Insurance Claim of Kimberly L. McGowen related to Policy Number 8,310,213, and submit the findings to the Insured, Kimberly L. McGowen and this Court on or before June 1, 2024.

**DONE this[To be filled by the Judge].**

**/s/[To be filled by the Judge]**
**CIRCUIT JUDGE**


ELECTRONICALLY FILED
5/23/2024 4:07 PM
01-CV-2024-902081.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | | |
|---|---|---|
| MCGOWEN KIMBERLY L,<br>Plaintiff, | ) ) ) | |
| V. | ) | Case No.: CV-2024-902081-MJH |
| MASSACHUSETTS MUTUAL LIFE<br>INSURANCE COMPANY,<br>Defendant. | ) ) ) ) ) | |

**ORDER SETTING HEARING**

A HEARING on Plaintiff's AMENDED APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION [Doc. 8], filed on this date, is set for ***May 24, 2024, at 9:00 a.m.,*** before the undersigned, in Courtroom 310, Jefferson County Courthouse, Birmingham.

**DONE** and **ORDERED** this 23rd day of May, 2024.

**/s/ MARSHELL JACKSON HATCHER**
**CIRCUIT JUDGE**

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | | |
|---|---|---|
| MCGOWEN KIMBERLY L,<br>Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.: CV-2024-902081.00 |
| | ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>Defendant. | ) | |

PROPOSED ORDER

**ORDER**

This Court, upon careful review of the evidence presented at the hearing of this matter and the analysis of the law, finds that injunctive relief is due to be granted. Mass Mutual Insurance Company is hereby ORDERED to process the Disability Insurance Claim of Kimberly L. McGowen related to Policy Number 8,310,213, and submit the findings to the Insured, Kimberly L. McGowen and this Court on or before June 1, 2024.

Counsel for the Plaintiff presented into evidence the March 18, 2024 Diagnoses of Dr. P. Saway of Rheumatology Associates, P.C. and thirteen additional pages of diagnoses dated April 16, 2024. Having reviewed said documents, it is rthe expectation of this Court that a "Total Disability" finding will be forthcoming. However, if that is not the case, this matter is set for hearing June 1, 2024 regarding the application of the policy provisions to the condition of the Plaintiff.

Counsel for the Plaintiff is hereby further ORDERED to send a pdf copy of this ORDER to diclaimforms@massmutual.com immediately and leave a voicemail message with Nicholas Edwards, the Massachusetts Mutual Life Insurance Company Claims Advisor assigned to the case. Defendant shall confirm receipt to Plaintiff's Counsel and have Defendant's counsel file a Notice of Appearance immediately.

**DONE this[To be filled by the Judge].**

**/s/[To be filled by the Judge]**
**CIRCUIT JUDGE**

