FILED

2024 May-28 PM 02:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA**

KIMBERLY L. MCGOWEN,

        Plaintiff,

v.

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

        Defendant.

CIVIL ACTON
No._____

## DECLARATION OF SARAH GRUBER

I, Sarah Gruber, hereby state under oath:

1.      I am over eighteen (18) years of age, suffer no disability, and am competent to testify based on personal knowledge of the matters set forth herein.

2.      I am a Claim Consultant at Massachusetts Mutual Life Insurance Company ("MassMutual").

3.      Disability Policy No. 8310213 (the "Policy") was issued by MassMutual to Plaintiff.  Subject to its terms and conditions, the Policy provides monthly benefits in the event of partial or total disability.  A true and correct copy of the Policy, not including the application, is attached hereto as Exhibit 1.

4.      MassMutual properly reviewed Plaintiff's claim for benefits under the Policy.

DMS_US.364204779.1

5.     If payable in full under the terms and conditions of the Policy, claimed partial disability benefits under the Policy from October 3, 2022 (Plaintiff's claimed date of partial disability), to December 31, 2023, would be approximately $46,125.

6.     If payable in full under the terms and conditions of the Policy, claimed total disability benefits under the Policy from January 1, 2024 (Plaintiff's claimed date of total disability), to date would be approximately $42,581.92.

7.     In total, Plaintiff claims benefits in the amount of $88,706.92 ($46,125 in partial disability benefits plus $42,581.92 in total disability benefits).

8.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge.


Executed on May 24, 2024, in Easthampton MA.


_____
Sarah Gruber

DMS_US.364204779.1

EXHIBIT 1

# Massachusetts Mutual Life Insurance Company

*It is our pleasure to issue this valuable policy.*

| | |
|---:|:---|
| **INSURED** | KIMBERLY L MCGOWEN |
| **DATE OF ISSUE** | MAY 28, 2009 |
| **POLICY NUMBER** | 08,310,213 |
| **PRODUCT** | DISABILITY INCOME |

## .·.· MassMutual

# Massachusetts Mutual Life Insurance Company
## Springfield, Massachusetts

**INSURED** KIMBERLY L MCGOWEN          08,310,213   **POLICY NUMBER**

We at Massachusetts Mutual Life believe You should read Your Policy carefully. We have written it in plain English so You will understand the terms. We will, subject to these terms, pay the benefits to the Recipient of Benefits if the Insured should become Disabled while the Policy is In Force. This Policy is a legal contract between the Owner and the Company.

We provide benefits for a loss arising from a Sickness that first appears (makes itself known) after the Policy becomes Effective and while this Policy is In Force. We also provide benefits for a loss resulting from an Injury that happens while the Policy is In Force.

We provide benefits for a loss arising from a condition that existed before the Policy was In Force, if the condition was fully and accurately described in the application and We did not specifically exclude the condition from coverage. The loss must occur while the Policy is In Force.

**RENEWAL PROVISION.** We will not cancel this Policy. We will not change the premiums from those shown in the Policy Specifications, unless requested to do so by You. As long as the premiums are paid on time, We will continue coverage until the Expiration Date.

This Policy is issued by Massachusetts Mutual Life Insurance Company from Our Home Office, 1295 State Street, Springfield, Massachusetts 01111-0001 on the Issue Date shown in the Policy Specifications.

READ YOUR POLICY CAREFULLY

SECRETARY            PRESIDENT

REGISTRAR

**TEN DAY RIGHT TO EXAMINE POLICY**

If for any reason You decide not to keep this Policy, send it to Us within 10 days after receiving it. Send it to Our Home Office or to the agent who sold You the Policy. We will treat the Policy as though it never had been issued. We will refund any premium paid.

Countersigned By    _____    Licensed Resident Agent

**DISABILITY INCOME POLICY**
Noncancellable - rates guaranteed for the life of the Policy
Guaranteed continuable to Age 65
Participating
Convertible at Age 65

XL-GS-92

(xlgs2ars)

**TABLE OF CONTENTS**

| Part | Page |
|------|------|

POLICY SPECIFICATIONS ...............................................................................................

DEFINITIONS ...................................................................................................... 1

DISABILITY BENEFITS .......................................................................................... 3
      a) Total Disability Benefit
      b) Presumptive Total Disability Benefit
      c) Recurring Disability

OTHER BENEFITS ................................................................................................ 3
      a) Rehabilitation Benefit
      b) Waiver of Premium Benefit
      c) Dividends
      d) Paying Premiums With Accumulated Dividends
      e) Reinstatement
      f) Conversion Privilege at Expiration Date

PREMIUM PROVISIONS ......................................................................................... 4
      a) Premium Payment Mode
      b) Changing Your Premium Mode
      c) Grace Period
      d) Refunding Premiums at the Insured's Death

CLAIMS .............................................................................................................. 5
      a) Notice of Claim
      b) Claim Forms
      c) Proof of Disability Requirements
      d) Payment of Claim
      e) Whom We Will Pay
      f) Prorated Payment

WHAT IS NOT COVERED ...................................................................................... 6
      a) Disabilities Not Covered
      b) Suspended Coverage While In Military
      c) Mental Disorder Limitation
      d) Pre-Existing Condition Limitation

GENERAL RULES ................................................................................................. 6
      a) The Contract
      b) Policy Specifications
      c) Right To Apply For Additional Monthly Benefits
      d) Changing the Policy
      e) Assigning or Transferring this Policy
      f) Time Limit on Certain Defenses
      g) Legal Action Against Us
      h) Misstatement of Age
      i) Conformity With State Statutes

```
┌──────────────────────────────────────────────────────────────────┐
│                      POLICY SPECIFICATIONS                         │
└──────────────────────────────────────────────────────────────────┘
```

        Insured:  KIMBERLY L MCGOWEN              Policy Number:  08,310,213
    Policy Date:  MAY 09, 2001                    Age and Sex:  31 FEMALE
   Date of Issue:  MAY 28, 2009                   Occupational Class:  3A
  Premium Class:  STANDARD, NON-TOBACCO RATES

```
┌──────────────────────────────────────────────────────────────────┐
│                    DISABILITY INCOME POLICY                        │
└──────────────────────────────────────────────────────────────────┘
```

            Policy Owner:  KIMBERLY L MCGOWEN
     Recipient of Benefits:  KIMBERLY L MCGOWEN
      Policy Expiry Date:  MAY 09, 2036
    Monthly Anniversary:   9TH DAY OF EACH MONTH
      Annual Premiums:  SEE PREMIUM SUMMARY
       Modal Premiums:  SEE PREMIUM SUMMARY
        Premium Mode:  SEMI-ANNUAL

```
┌──────────────────────────────────────────────────────────────────┐
│                      COVERAGE SUMMARY                              │
└──────────────────────────────────────────────────────────────────┘
```

| Coverage Date | Coverage | Monthly Benefit | Waiting Period | Maximum Benefit Period* |
|---|---|---|---|---|
| | POLICY COVERAGE | | | |
| MAY 09, 2001 | Total Disability Benefit | $5,000 | 90 DAYS | TO AGE 65 |
| MAY 09, 2002 | Total Disability Benefit | $150 | 90 DAYS | TO AGE 65 |
| MAY 09, 2003 | Total Disability Benefit | $150 | 90 DAYS | TO AGE 65 |
| MAY 09, 2004 | Total Disability Benefit | $150 | 90 DAYS | TO AGE 65 |
| MAY 09, 2005 | Total Disability Benefit | $150 | 90 DAYS | TO AGE 65 |
| MAY 09, 2006 | Total Disability Benefit | $150 | 90 DAYS | TO AGE 65 |
| MAY 09, 2009 | Total Disability Benefit | $4,500 | 90 DAYS | TO AGE 65 |
| | RIDER COVERAGE | | | |
| MAY 09, 2001 | Extended Partial Disability | $5,000 | 90 DAYS | TO AGE 65 |
| MAY 09, 2001 | Cost of Living 3% | $5,000 | | TO AGE 65 |



| Coverage Date | Coverage | Monthly Benefit | Waiting Period | Maximum Benefit Period* |
|---|---|---|---|---|
| | RIDER COVERAGE | | | |
| MAY 09, 2002 | Extended Partial Disability | $150 | 90 DAYS | TO AGE 65 |
| MAY 09, 2002 | Cost of Living 3% | $150 | | TO AGE 65 |
| MAY 09, 2003 | Extended Partial Disability | $150 | 90 DAYS | TO AGE 65 |
| MAY 09, 2003 | Cost of Living 3% | $150 | | TO AGE 65 |
| MAY 09, 2004 | Extended Partial Disability | $150 | 90 DAYS | TO AGE 65 |
| MAY 09, 2004 | Cost of Living 3% | $150 | | TO AGE 65 |
| MAY 09, 2005 | Extended Partial Disability | $150 | 90 DAYS | TO AGE 65 |
| MAY 09, 2005 | Cost of Living 3% | $150 | | TO AGE 65 |
| MAY 09, 2006 | Extended Partial Disability | $150 | 90 DAYS | TO AGE 65 |
| MAY 09, 2006 | Cost of Living 3% | $150 | | TO AGE 65 |
| MAY 09, 2009 | Extended Partial Disability | $4,500 | 90 DAYS | TO AGE 65 |
| MAY 09, 2009 | Cost of Living 3% | $4,500 | | TO AGE 65 |

The Maximum Benefit Period for the Total Disability Benefits will never be less than 24 months.

* - Indicates changed information (if applicable)

**XL-GS-92-2**          **POLICY SPECIFICATIONS PAGE 2 OF 4**

                                                      XL-GS-98

Premium Structure:

<u>Years</u>

MAY 09, 2001 - MAY 09, 2036  100% LEVEL PREMIUM

The Premiums for Disability Coverages include the multilife discount applied to this Policy.

| <u>Year</u> | <u>Annual Premium</u> | <u>Coverage</u> | <u>Benefit</u> | |
|---|---|---|---|---|
| 2009 - 2035 | $2,923.56 | Total Disability Benefits: | $10,250 | Monthly |
| 2009 - 2035 | $427.36 | Extended Partial Disability | $10,250 | Monthly |
| 2009 - 2035 | $534.54 | Cost of Living: 3% | $10,250 | Monthly |
| 2009 - 2035 | $3,885.46 | Annual Premium for All Disability Coverages | | |

MODAL PREMIUM SUMMARY

| <u>Year</u> | <u>Modal Premium</u> | <u>Coverage</u> |
|---|---|---|
| 2009 - 2035 | $2,021.45 | Modal Premium for All Disability Coverages |

XL-GS-92-2                **POLICY SPECIFICATIONS PAGE  3 OF  4**

XL-GS-98

INSURED: KIMBERLY L MCGOWEN      POLICY NUMBER: 08,310,213
DATE OF ISSUE: MAY 28, 2009      POLICY DATE: MAY 09, 2001

<u>Owner</u>

THE INSURED.

XL-GS-92-2            **POLICY SPECIFICATIONS PAGE  4 OF  4**

XL-GS-98

## DEFINITIONS

**AGE** -- The age of the Insured on his/her nearest birthday.

**COVERAGE DATE** -- This is the Policy Date for coverages issued under the initial application. For coverages added later, it is the date used to calculate the premium due. It is not used to determine when coverage is Effective.

**DISABILITY, DISABILITIES, OR DISABLED** -- The occurrence while this Policy is In Force of a Total Disability. If the Partial Disability Benefits Rider, Extended Partial Disability Benefits Rider or Group Supplement Disability Benefits Rider are In Force, this also includes a condition caused by a Sickness or Injury which results in a Partial Disability.

**DOCTOR** -- A licensed physician, other than the Insured or Owner, parent, spouse or child of the Insured or Owner, acting within the scope of his/her license.

**DOCTOR'S CARE** -- The Insured is receiving care by a Doctor which, under prevailing medical standards, is appropriate for the condition causing the Disability. We will waive this requirement if We receive written proof acceptable to Us that further Doctor's Care is no longer of benefit to the Insured.

**EFFECTIVE** -- Coverage is Effective when this Policy is issued and delivered to You provided the first full premium is then paid and all answers on the application are true and complete as if made at the time of delivery.
Coverage is Effective on the Issue Date if a premium was paid at the time of application; the Conditional Advance Premium Receipt was given at that time; and this Policy was issued at standard rates exactly as applied for.
Additional coverages are Effective on the Monthly Anniversary on or after the date We issue the new Policy Specifications containing the coverage, subject to payment of the initial premium. If the initial premium is not paid when due, the coverage will be treated as never having been Effective and new Policy Specifications will be issued showing this fact.

**EXPIRATION DATE** -- This is the Policy Anniversary on or next after the Insured's 65th birthday. Thereafter, this Policy is no longer In Force.

**HOME OFFICE** -- Our office at 1295 State Street, Springfield, Massachusetts 01111-0001.

**IN FORCE** -- The status of this Policy after it becomes Effective and prior to termination.

**INCOME** -- Gross earnings of the Insured from his/her personal activity in any profession(s) or business(es). If the Insured's vocation involves ownership of any portion of any profession or business, including any corporation, Income includes his/her share of the earnings of that profession or business due to such ownership. We will deduct from gross earnings any amount which is deductible as a business expense for Federal Income Tax purposes. Income does not include:

- investment income;
- rent;
- royalties;
- deferred compensation payments from plans executed more than 30 days prior to Disability;
- retirement income;
- other disability income benefits in force or applied for.

**INJURY** -- An accidental bodily injury that occurs while this Policy is In Force.

**INSURED** -- The person insured under this Policy as shown in the Policy Specifications.

**ISSUE DATE** -- The date the Policy Specifications are printed. Subsequent Policy Specifications carry their own Issue Dates.

**MAXIMUM BENEFIT PERIOD** -- The maximum length of time We will pay monthly Disability benefits, whether for Total or, if applicable, Partial Disability, or a combination of both. We will not pay monthly Disability benefits for longer than the Maximum Benefit Period because of a change in the type of monthly Disability benefit paid. The Maximum Benefit Period is 24 months for each period of Disability caused or contributed to by a Mental Disorder.

**MENTAL DISORDER** -- Mental Disorder means any disorder classified in the Diagnostic and Statistical Manual of Mental Disorders (DSM), published by the American Psychiatric Association, most current as of the date of Disability. Mental Disorder includes, but is not limited to a mental, emotional, or behavioral disorder, or a disorder related to stress or to substance abuse or dependency. If the DSM is discontinued or replaced, Mental Disorder will include those disorders classified in the diagnostic manual then in use by the American Psychiatric Association as of the date of Disability.

**OCCUPATION** -- The Insured's regular profession(s) or business(es) at the start of Disability.

OWNER -- The person or entity, as shown in the Policy Specifications who has the exclusive right to exercise all rights and privileges under this Policy. If the Owner dies, the new Owner will be his/her executor or administrator. The Owner may be changed subject to Our notification, by Your Written Request.

PARTIAL DISABILITY -- Refer to the definition in the Partial Disability Benefits Rider, Extended Partial Disability Benefits Rider, or Group Supplement Disability Benefits Rider if You have one of these Riders In Force.

POLICY DATE -- The date used to determine the premium due date, Policy Anniversary, Policy Year, and Policy Expiration Date.

POLICY YEAR, POLICY ANNIVERSARY, POLICY MONTH, MONTHLY ANNIVERSARY -- These dates are computed from the Policy Date shown in the Policy Specifications. The first Policy Year begins on the Policy Date. The first Policy Anniversary is the Policy Date plus one year. The Policy Month begins on the same date in each calendar month as the Policy Date. The Monthly Anniversary is the same date in each succeeding month as the Policy Date.

PRE-EXISTING CONDITION -- The existence of symptoms which would cause an ordinarily prudent person to seek diagnosis, care or treatment within the 5 year period preceding the time in which coverage of the Insured becomes Effective; or a condition for which medical advice or treatment was recommended or received within the 5 year period preceding the date coverage of the Insured became Effective.

PRESUMPTIVE TOTAL DISABILITY -- The Insured is Presumptively Totally Disabled when Sickness or Injury causes a total loss of:

- speech;
- hearing in both ears;
- sight in both eyes;
- use of both hands;
- use of both feet; or
- use of one hand and one foot.

PROOF OF GOOD HEALTH -- Proof satisfactory to Us that We receive that the Insured's health is acceptable according to Our standards.

PROOF OF INSURABILITY -- Proof satisfactory to Us that We receive that the Insured is an acceptable risk, according to Our standards. It includes Proof of Good Health and other information such as, but not limited to, the Insured's Age, Occupation, Incom Unearned Income, and other disability income ben fits in force or applied for.

PUBLISHED UNDERWRITING LIMITS -- The max mum amounts available based on the Insured's Ag Occupation, Income, Unearned Income, and oth disability income benefits in force or applied for.

RECIPIENT OF BENEFITS -- The person or entit as shown in the Policy Specifications designated receive all Disability benefits of this Policy. The R cipient of Benefits is the Insured unless otherwise stated. The Recipient of Benefits may be changed, subject to Our notification, by Your Written Request.

REHABILITATION PROGRAM -- A formal program designed to prepare the Totally Disabled Insured for useful employment, including programs: operated by the Federal or State government; at a licensed vocational school, business school or accredited college; or of physical therapy provided by a properly licensed organization and as prescribed by the Insured's Doctor.

SICKNESS -- An illness or disease that first appears (makes itself known) while this Policy is In Force. Sickness also includes:

- the transplant of a part of the Insured's body to another person;
- complications of pregnancy or childbirth.

TOTAL DISABILITY -- The occurrence while this Policy is In Force of a condition caused by a Sickness or Injury, in which the Insured cannot perform the main duties of his/her Occupation and is not working at any other occupation. The Insured must be under a Doctor's Care.

UNEARNED INCOME -- Unearned Income may include, but is not limited to:

- investment income;
- rent; or
- royalties.

Unearned Income does not include gross earnings the Insured receives from his/her personal activity in any profession(s) or business(es).

WAITING PERIOD -- The period immediately following the start of Disability during which benefits do not accrue.

WE, OUR, US, COMPANY -- Massachusetts Mutual Life Insurance Company.

WRITTEN REQUEST -- A request in writing in a form satisfactory to Us and received at Our Home Office.

YOU, YOUR -- The Owner.

## DISABILITY BENEFITS

In order for Disability benefits to be paid, the Insured must be Disabled throughout the full Waiting Period. No benefits are accrued during the Waiting Period. The Waiting Period and the Maximum Benefit Period are shown in the Policy Specifications.

The Recipient of Benefits will not receive more than one Disability benefit at a time.

The benefit will not be larger if the Insured is Disabled from more than one cause, nor will the Maximum Benefit Period be extended. We will continue to pay benefits while the Insured is Disabled, up to the Maximum Benefit Period shown in the Policy Specifications.

### Total Disability Benefit

We will pay the Total Disability Monthly Benefit shown in the Policy Specifications if the Insured is Totally Disabled.

### Presumptive Total Disability Benefit

We will consider the Insured to be Totally Disabled as long as the Presumptive Total Disability continues and the Insured is under a Doctor's Care. Benefits will start to accrue following the earlier of the Waiting Period for Total Disability or 90 days. We will pay the Total Disability Monthly Benefit for up to the Maximum Benefit Period shown in the Policy Specifications. If the loss is deemed by Us to be total and irrecoverable, We will waive:

- the required Waiting Period;
- the requirement of a Doctor's Care; and
- the requirement that the Insured is not working.

### Recurring Disability

For Disability benefits with a Maximum Benefit Period to Age 65 or Lifetime, a Recurring Disability is a related Disability that starts less than 12 months after a period of Disability ends.

For Disability benefits with a Maximum Benefit Period of less than to Age 65, a Recurring Disability is a related Disability that starts less than 6 months after a period of Disability ends.

It is also an unrelated Disability that starts less than 30 days after the Insured returns to work full-time, at least 30 hours per week. The work must be consistent with his/her education, training, and experience. We will treat the Recurring Disability as a continuation of the prior Disability.

A Recurring Disability does not receive a new Maximum Benefit Period. Periods of Recurring Disability will be accumulated under the same Maximum Benefit Period. Benefits will be paid only up to the balance of the original Maximum Benefit Period.

If the Waiting Period has been satisfied, no new Waiting Period is required.

If the Waiting Period has not been satisfied, periods of Recurring Disability will be accumulated to satisfy the Waiting Period.

## OTHER BENEFITS

### Rehabilitation Benefit

We will reimburse the Insured for expenses he/she has actually paid and which are required for a Rehabilitation Program, if:

- We approve the Rehabilitation Program in writing before the Insured begins to participate in it. Our approval will be based on the nature of the Disability and the cost and appropriateness of the Rehabilitation Program.
- Disability benefits are currently being paid.
- We have not disapproved the Rehabilitation Program based on Our periodic review.
- those expenses are not defined as covered expenses by another insurer or not actually paid from another source.

We will periodically review the Insured's Rehabilitation Program. Our continued approval will be based on the nature of the Disability at the time of review, along with the cost and appropriateness of the Rehabilitation Program.

Expenses include the cost of physical therapy prescribed by the Insured's Doctor, tuition, books and use of equipment that are actually paid for by the Insured and that are required for the Rehabilitation Program.

### Waiver of Premium Benefit

After the Insured has been Disabled for 90 days, We will waive payment of premiums for as long as the Insured remains Disabled. We will also refund any premium paid during the 90 day period before the Insured qualified for these benefits.

We will waive premiums for this Policy and any attached Riders. We will waive premiums for the Policy based on the premium mode in effect when the Insured becomes Disabled.

**Dividends**

While this Policy is In Force, We may credit it with dividends. Dividends are based on divisible surplus, if any, as We may apportion at the end of each Policy Year. We pay dividends in cash on each Policy Anniversary. However, You may request that We apply the dividends toward the premium payments or accumulate the dividends at an interest rate of not less than 5% compounded annually.

**Paying Premiums With Accumulated Dividends**

While this Policy is In Force, an election may be made at the time of application or by Written Request to automatically use accumulated dividends, if sufficient, to pay any premium in default. The accumulated dividends may be insufficient to meet the full premium due. If so, We will change the premium mode, if there are sufficient accumulated dividends to meet the premium as changed. If not, this provision will not apply.

**Reinstatement**

This Policy will terminate if premiums are not paid within the Grace Period.

We may require a reinstatement application. If We do not require an application and Proof of Insurability, You may reinstate this Policy by paying the back premiums. Reinstatement will be Effective on the date We receive the back premiums due, at Our Home Office.

If We do require an application, We will require payment of back premiums due and Proof of Insurability. Reinstatement will be Effective on the date We approve Your application. If You are not notified of a disapproval of Your application, this Policy will be reinstated upon the 45th day following the date of receipt of Your application and any back premiums due.

The reinstated Policy will only cover Disabilities caused by Injuries that occur after the reinstatement is Effective. It will only cover Disabilities caused by a Sickness that first appears (makes itself known) more than 10 days after the date the reinstatement is Effective. Otherwise, the terms of this Policy will be the same as before termination, except for terms

added or excluded in connection with the rei statement process.

**Conversion Privilege at Expiration Date**

This Policy terminates on the Expiration Date show in the Policy Specifications. However, if the Insure is Totally Disabled on the Expiration Date, the Max mum Benefit Period for Total Disability Benefits w not be less than 24 months.

This Policy may be converted by You to a new polic on the Expiration Date if the Insured is actively employed at least 30 hours per week and is not Disabled.

Send Us Your Written Request at least 60 days before the Expiration Date to convert Your Policy. We may ask for proof that the Insured will be employed following the Expiration Date for at least 30 hours per week and is not Disabled.

The new policy will be the policy We then issue for persons over Age 65, except for terms added or excluded in connection with the conversion. The Benefit Period will be 24 months. The Waiting Period will be the lesser of:

- the Total Disability Waiting Period under this Policy; or
- the maximum Waiting Period under the new policy.

We will base the premium for the new policy on the Insured's Age and occupation at the time We issue the new policy. The rates will be those We are using at the time the new policy is issued.

**PREMIUM PROVISIONS**

**Premium Payment Mode**

Premiums are due in advance. The first premium is applied as of the Policy Date. Subsequent premiums are due at the end of the term for which the prior premium was paid. Premiums may be paid:

(1) Annually on the Policy Anniversary,
(2) Semiannually every six months after the Policy Date, or
(3) Quarterly every three months after the Policy Date.

We may also permit premiums to be paid monthly on the Policy Date and every month thereafter.

Send premium payments to Our Home Office.

## Changing Your Premium Mode

You may request a change in the premium mode, by Written Request, at any time subject to Our approval. We will not permit a change in premium mode during any period in which the Insured is Disabled. The change will be Effective on the next applicable premium due date.

## Grace Period

Each premium after the first must be paid within 31 days after the due date to keep this Policy In Force. This is the Grace Period. The Policy will stay In Force during the Grace Period.

## Refunding Premiums At The Insured's Death

We will refund to You any premium paid beyond the end of the Policy Month in which the Insured dies. Our Home Office must receive written notice in a form satisfactory to Us of the death before We provide a refund.

## CLAIMS

## Notice of Claim

A written notice describing the Insured's Disability should be sent to Our Home Office. Send it within 20 days after the Disability occurs or as soon as is reasonably possible.

## Claim Forms

After We receive notification of the Insured's Disability, We will send a claim form. If a claim form is not received within 15 days after the original Disability notification, write Us a letter of claim. The letter of claim should state the cause of the Disability and the Insured's present situation.

## Proof of Disability Requirements

In order for Us to pay benefits, We must receive within 90 days after each Monthly Benefit claimed, proof of Disability, and proof of any Loss of Income, if applicable, and any other proof required to substantiate the claim.

If it is not possible to send it within 90 days, send it as soon as is reasonably possible. Your claim will not be reduced because of the delay, but We will not accept proof of loss later than 1 year after it was due. We will make an exception if You were not then competent to make the claim.

Proof of continuing Disability must be furnished monthly or at intervals as We may require.

From time to time We may also require satisfactory proof of the Insured's Income before and during the Disability. This proof may include, but is not limited to, copies of the Insured's W-2 form(s) and/or income tax returns.

We may also examine the financial records of the Insured. If the Insured owns any portion of any profession or business, including any corporation, We may also examine the financial records of that profession, business or corporation. This will be done as often as is reasonably necessary during the Disability. Examinations will be done by Us or a financial examiner We choose. We will pay for any examination We may require. If the Insured does not make a reasonable effort to submit to such examinations, We may stop paying benefits.

At reasonable intervals, We may require the Insured to be examined by Doctors We choose. We will pay for any examination We may require. If the Insured fails to submit to such examination, We will stop paying benefits.

## Payment of Claim

One month after the Waiting Period ends and after all Proof of Disability Requirements have been provided, We will make the first Disability benefit payment. We will continue to pay benefits, while the Insured is Disabled, only up to the Maximum Benefit Period shown in the Policy Specifications. Benefits are paid monthly.

## Whom We Will Pay

We will pay Disability benefits to the Recipient of Benefits. If the Recipient of Benefits is not competent to give a release, We may pay up to a total of $5000 to any relative of the Recipient of Benefits We believe is entitled.

If the Recipient of Benefits dies, We will pay the Recipient of Benefits' estate all amounts due. But We may pay up to a total of $5000 to any relative of the Recipient of Benefits whom We believe is entitled.

Any payment We make in good faith will fully discharge Us for that payment.

## Prorated Payment

We must be notified as soon as the Insured recovers from a Disability. We will send a prorated payment for that part of the month the Insured was Disabled.

## WHAT IS NOT COVERED

### Disabilities Not Covered

We do not cover Disabilities caused or contributed to by:

- war, whether declared or undeclared;
- normal pregnancy or childbirth.

### Suspended Coverage While in Military

We may suspend this Policy if the Insured enters active military service of any country or international authority. This suspension does not apply to active duty for training which is scheduled to last 90 days or less.

We will refund any part of the premium paid for the suspended period upon Your Written Request.

If the Insured is released from active duty within 5 years from the date the Insured entered active military service, You may restore this Policy. Send Us Your Written Request within 90 days of the Insured's release from active duty and pay the required premium due. We will not require Proof of Insurability. The premium rate will be the same as if the Policy had not been suspended. The restoration will be Effective on the date We receive the required premium due.

The restored Policy will only cover Disabilities caused by Injuries that occur after restoration is Effective. It will only cover Disabilities caused by a Sickness that first appears (makes itself known) more than 10 days after restoration is Effective.

### Mental Disorder Limitation

The Maximum Benefit Period is 24 months for each period of Disability caused or contributed to by a Mental Disorder. However, We will pay benefits, subject to the Maximum Benefit Period shown in the Policy Specifications, as long as You are continuously confined in a Hospital for the treatment of a Mental Disorder, and are under the care of a Doctor.

Hospital means an institution legally operating as a hospital which:

(1) is engaged in providing in-patient medical care for diagnosis and treatment of Mental Disorders;
(2) is supervised by a staff of Doctors on the premises; and
(3) provides on the premises 24-hour nursing care by registered nurses.

Hospital will not include any institution which:

(1) is run mainly as a rest, nursing or convalesce home; or
(2) is mainly for the care of the aged.

### Pre-Existing Condition Limitation

A Disability or loss caused by a Pre-Existing Cond tion will not be covered if:

- the Pre-Existing Condition was not fully an accurately described in the application; or
- We have specifically excluded the Pre-Existin Condition by name or specific description.

However, a Disability or loss caused by a Pre-Existing Condition will be covered if the Disability or loss starts two years after this Policy or additional benefit (which requires Proof of Good Health to purchase) becomes Effective unless excluded by name or specific description as provided in the Time Limit on Certain Defenses provision.

## GENERAL RULES

### The Contract

The Policy and the application, including subsequently approved applications and revised Policy Specifications, constitute the entire contract. The application includes its worksheets. A copy of the initial application is attached to and made a part of this Policy. Subsequent applications which are approved will be mailed to You with revised Policy Specifications for attachment to this Policy. This contract is made in consideration of the application(s) and the payment of premiums as provided in this Policy.

- All statements in an application will be deemed representations and not warranties.
- No statement will be used to void this Policy unless contained in an application.
- Our agents cannot alter or modify any terms of this Policy. They cannot waive any of its provisions.

### Policy Specifications

The initial Policy Specifications are attached to this Policy at issue. We will mail to You, for attachment to this Policy, any new Policy Specifications resulting from:

(1) any additional Disability benefits that were approved; or
(2) a change in the Waiting Periods or Maximum Benefit Periods; or
(3) reinstatement of this Policy.

## Right To Apply For Additional Monthly Benefits

You may apply for additional benefits at anytime while this Policy is In Force. We will require a new application and Proof of Insurability. The additional benefits will be Effective on the Monthly Anniversary following the date We approve Your application.

In order to buy additional benefits, the Insured must qualify for a minimum of $100 of additional Monthly Benefits on the basis of Our Published Underwriting Limits.

The maximum additional benefits You can buy are based on Our Published Underwriting Limits at the time You apply for additional benefits.

## Changing The Policy

An authorized officer of Our company must approve any change to the provisions of this Policy. Our agents are not authorized to make changes or waive any provisions of this Policy. If the change restricts any coverage, the change request must be signed by You. All changes must be attached to the Policy.

## Assigning Or Transferring This Policy

Any interest or benefits in this Policy may be transferred or assigned by Written Request from You. Provide Us with the full terms of the assignment or transfer. If We do not receive a Written Request, We will not make the change. In any case, We are not responsible for the validity or tax consequences of any assignment or transfer.

## Time Limit On Certain Defenses

After two years from the date this Policy becomes Effective, only fraudulent misstatements in the application may be used to void this Policy or to deny a claim for a Disability that starts after the two year period.

After two years from the date any additional benefit or change based on a subsequent application becomes Effective, only fraudulent misstatements in the subsequent application may be used to void or deny the additional benefit or Policy change.

No claim for Disability that starts two years after the date this Policy or additional benefit (which requires Proof of Good Health to purchase) becomes Effective will be denied because a disease or physical condition existed before coverage began: Unless We have specifically excluded the condition from coverage by name or specific description.

No claim for Disability caused by a disease or physical condition fully and accurately described in the application will be denied on the basis that the condition existed before coverage began: Unless We have specifically excluded the condition from coverage by name or specific description.

With respect to statements made in the application for any additional benefit rider: The Time Limit on Certain Defenses provision of the Rider will apply.

## Legal Action Against Us

Legal action to recover benefits under this Policy may not be started for at least 60 days after written proof of Disability was sent to Us. Also, legal action may not be started later than three years after the Policy requires written proof of Disability to be submitted.

## Misstatement of Age

If the Insured's Age is misstated on the application, We will change the benefit amount to reflect the benefits the premiums would have bought at the correct Age.

We will make a refund if We would not have issued the Policy at the Insured's correct Age. We will also make a refund if coverage would have ended before We accepted the premium.

Any refund will only cover premiums that have been paid for coverage not received. We will deduct any amounts paid to any designated person or entity.

## Conformity With State Statutes

Any provision that on the date the Policy becomes Effective conflicts with the state statutes where the Insured resides, is changed to meet the minimum requirement of such statutes.

# MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
## Springfield, Massachusetts

# EXTENDED PARTIAL DISABILITY BENEFITS RIDER

This Rider provides benefits for Partial Disability. We discuss Disability benefits in the Disability Benefits section of Your Policy. All definitions in the Policy apply to this Rider, unless otherwise specified.

## General

This Rider is made a part of Your Policy in consideration of the application and premium payments. A copy of the application is attached to and made a part of Your Policy. If this Rider is issued after the Policy was issued, We will send new Policy Specifications. The Waiting Period and the Maximum Benefit Period for this Rider are shown in the Policy Specifications.

## Premiums

The premiums for this Rider are shown in the Policy Specifications. Premiums for this Rider must be paid along with the premiums for the Policy. If You keep Your Policy In Force after this Rider terminates, You will no longer pay premiums for this Rider.

## Definitions

CURRENT INCOME -- Income received during a period of Disability for which a benefit is claimed, excluding any amounts earned prior to the start of Disability.

DEMONSTRATED RELATIONSHIP -- With respect to a Loss of Income, the Disability is a substantial factor in producing the loss. A Disability would not have a Demonstrated Relationship to a Loss of Income produced primarily by intervening causes which are not related to the Disability.

LOSS OF INCOME -- The Insured's Pre-disability Income minus his/her Current Income, calculated on a basis consistent with that used to calculate Pre-disability Income.

PRE-DISABILITY INCOME -- The greater of: the average monthly Income earned and received for the last 12 months before the start of Disability; or the average monthly Income earned and received for the last 24 months before the start of Disability; or the average monthly Income earned and received for the highest consecutive 24 months during the 60 months prior to Disability.

PARTIAL DISABILITY -- The Insured is Partially Disabled if he/she:

- is suffering a current Disability;
- is working at his/her Occupation or another occupation;
- has a Loss of Income of at least 20% of Pre-disability Income;
- can show a Demonstrated Relationship between the Loss of Income and the current Disability; and
- is under a Doctor's Care.

## Partial Disability Benefits

We will pay a Partial Disability benefit if the Insured is Partially Disabled and during the Waiting Period:

- the Insured has been Partially Disabled and had a Loss of Income of at least 20% of Pre-disability Income; or
- the Insured has been Totally Disabled for at least 30 days.

During the first 12 months of Disability, any monthly payment for Partial Disability will equal 50% of the Partial Disability Monthly Benefit shown in the Policy Specifications.

However, if We receive proof of Loss of Income of more than 50% of Pre-disability Income, the Insured may qualify for a larger benefit. The Monthly Benefit will be determined as follows:

- If the Insured's Loss of Income is between 50% and 75% of Pre-disability Income, the Monthly Benefit will be determined by the following:

$$\text{Partial Disability Benefit} \quad X \quad \frac{\text{Loss of Income}}{\text{Pre-disability Income}}$$

- If the Insured's Loss of Income exceeds 75% of Pre-disability Income, We will pay the Partial Disability Monthly Benefit shown in the Policy Specifications.

Beginning with the 13th month following the start of Disability, any Monthly Benefit will be determined as follows:

- If the Insured's Loss of Income is between 20% and 75% of Pre-disability Income, the Monthly Benefit will be determined as follows:

  Partial Disability Benefit   X   Loss of Income
  ——————————————————
  Pre-disability Income

- If the Insured's Loss of Income exceeds 75% of Pre-disability Income, We will pay the Monthly Benefit for this coverage shown in the Policy Specifications.

## Recovery Benefit

After a period of Total Disability or Partial Disability payments, a Recovery Benefit will be paid provided the Insured's Loss of Income is at least 20% of Pre-disability Income and there is a Demonstrated Relationship between the Insured's Loss of Income and the previous Disability. The Recovery Benefit will be paid through the 6th month following the Insured's full recovery and return to his/her Occupation. The monthly payment will be determined as follows:

Partial Disability Benefit      X      Loss of Income
——————————————————
Pre-disability Income

After 6 months, We will periodically reevaluate the Demonstrated Relationship between the Insured's Loss of Income and the previous Disability. We will continue to make monthly payments as long as the Insured's Loss of Income is at least 20% of Pre-disability Income and there is a Demonstrated Relationship between the Insured's Loss of Income and the previous Disability. However, monthly payments will not exceed the Maximum Benefit Period for Partial Disability.

## Adjustment to Pre-disability Income

The amount of Pre-disability Income will be adjusted after each 12 consecutive months of Disability. For each 12 months thereafter, We will increase the Pre-disability Income figure from the previous year. We will increase it by the same percentage that the Consumer Price Index (CPI) rose during the preceding calendar year. The CPI will be the one used in adjusting Social Security benefits. If the CPI is replaced by another index, We will use the one used for adjusting Social Security benefits. However, the percentage will never be less than 5%. Once adjusted, the Pre-disability Income will not be decreased during that period of Disability. We will ignore decreases in the CPI.

## Dividends

Each year We determine how much We may pay a dividends. We specify how dividends are based the Dividends provision of Your Policy. We use th same procedure to determine the dividends We ma pay on this Rider.

## Time Limit on Certain Defenses

After two years from the date this Rider become Effective, only fraudulent misstatements in the app cation may be used to void this Rider or to deny a claim for a Disability that starts after the two year period.

After two years from the date any additional benefit or Rider change based on a subsequent application becomes Effective, only fraudulent misstatements in the subsequent application may be used to void or deny the additional benefit or Rider change.

No claim for Disability that starts two years after the date this Rider or additional benefit (which requires Proof of Good Health to purchase) becomes Effective will be denied because a disease or physical condition existed before coverage began: Unless We have specifically excluded the condition from coverage by name or specific description.

No claim for Disability caused by a disease or physical condition fully and accurately described in the application will be denied on the basis that the condition existed before coverage began: Unless We have specifically excluded the condition from coverage by name or specific description.

## Termination

This rider will end on the earliest of the following dates:

- 31 days after the due date of any unpaid premium;
- as of the next premium due date upon Your Written Request;
- the Expiration Date of the Policy;
- the death of the Insured.

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

*My W. Sllu*

PRESIDENT

# MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
### Springfield, Massachusetts

## COST OF LIVING RIDER

This Rider may increase the amount of Disability benefits payable to the Recipient of Benefits under the Policy and select Riders shown in the Policy Specifications. We discuss Disability benefits in the Disability Benefits section of Your Policy. All definitions in the Policy apply to this Rider, unless otherwise specified.

### General

This Rider is made part of Your Policy in consideration of the application and premium payments. A copy of the application is attached to and made part of Your Policy. If this Rider is issued after the Policy was issued, We will send new Policy Specifications.

### Premiums

The premiums for this Rider are shown in the Policy Specifications. Premiums for this Rider must be paid along with the premiums for the Policy. If You keep Your Policy In Force after this Rider terminates, You will no longer pay premiums for this Rider.

### Eligibility

To receive increases under this Rider, the Insured must be Disabled for 12 months or the full Waiting Period shown in the Policy Specifications, whichever is greater. Total Disability Benefits under the Policy and the Social Insurance Rider, if In Force, or Partial Disability Benefits, if the Extended Partial Disability Benefits Rider is In Force, up to the Monthly Benefit for this Rider will be eligible for increases. Monthly benefits from the Catastrophic Disability Benefit Rider, if In Force, up to the Monthly Benefit for this Rider will be eligible for increases.

### When We Will Pay Monthly Benefit Increases

If requirements for Eligibility have been met, the Monthly Benefit increase under this Rider will start to accrue after the Insured is Disabled for 12 months or the full Waiting Period, whichever is greater. We will make the first payment one month later. For each year of a period of Disability, thereafter, We will continue to increase the benefit payable, as specified in the Amount of Monthly Benefit Increases provision.

### How Long We Will Pay Benefit Increases

While the Insured is Disabled, We will make increases to the Monthly Benefit based on the Monthly Benefit for this Rider shown in the Policy Specifications until the earliest of:

- the date the Disability ends;
- the date the Maximum Benefit Period under this Rider ends;
- the Policy Expiration Date.

### Amount Of Monthly Benefit Increases

The increases to the benefits will be computed once each 12 months of Disability. If requirements for eligibility have been met, the increases to the Monthly Benefit payments for the next 12 months will be computed by multiplying each Monthly Benefit payable by a percentage. The percentage used each year is shown in the Table below.

| Year of Disability | Percentage | Year of Disability | Percentage |
|---|---|---|---|
| 2 | 3.0% | 25 | 103.3% |
| 3 | 6.1 | 26 | 109.4 |
| 4 | 9.3 | 27 | 115.7 |
| 5 | 12.6 | 28 | 122.1 |
| 6 | 15.9 | 29 | 128.8 |
| 7 | 19.4 | 30 | 135.7 |
| 8 | 23.0 | 31 | 142.7 |
| 9 | 26.7 | 32 | 150.0 |
| 10 | 30.5 | 33 | 157.5 |
| 11 | 34.4 | 34 | 165.2 |
| 12 | 38.4 | 35 | 173.2 |
| 13 | 42.6 | 36 | 181.4 |
| 14 | 46.9 | 37 | 189.8 |
| 15 | 51.3 | 38 | 198.5 |
| 16 | 55.8 | 39 | 207.5 |
| 17 | 60.5 | 40 | 216.7 |
| 18 | 65.3 | 41 | 226.2 |
| 19 | 70.2 | 42 | 236.0 |
| 20 | 75.4 | 43 | 246.1 |
| 21 | 80.6 | 44 | 256.5 |
| 22 | 86.0 | 45 | 267.1 |
| 23 | 91.6 | 46 | 278.2 |
| 24 | 97.4 | 47 | 289.5 |

**Right To Apply For Additional Benefits**

Following a period of Disability during which Monthly Benefit increases were paid, You will have the opportunity to purchase additional Monthly Benefits under the Policy, the Social Insurance Rider, the Extended Partial Disability Benefits Rider, and the Catastrophic Disability Benefit Rider, if those Riders are In Force. To be eligible to purchase additional Monthly Benefits, the Insured must return to work at an occupation consistent with his/her education, training, and experience, at least 30 hours per week.

The maximum additional Monthly Benefit available will be computed from the accrued percentage increase on which the last increase and Monthly Benefit payment was based. The percentage will be multiplied by the:

- Total Disability Monthly Benefit to which this Rider applies shown in the Policy Specifications;
- Social Insurance Rider Monthly Benefit to which this Rider applies shown in the Policy Specifications;
- Extended Partial Disability Monthly Benefit to which this Rider applies shown in the Policy Specifications;
- Catastrophic Disability Benefit Rider Monthly Benefit to which this Rider applies shown in the Policy Specifications.

The result will be the maximum additional Monthly Benefit available for purchase.

Additional benefits will be purchased at the Insured's Age and current occupational class based on the premium rates We are using for new insurance on the date the additional benefits are purchased. Additional benefits may be purchased if:

- the Insured has not reached his/her 60th birthday at the time of application for the additional benefits;
- the application for additional benefits is made within 90 days after the Insured's Disability ends.

Proof of Good Health will not be required, but proof of the Insured's employment must be furnished.

**Dividends**

Each year We determine how much We may pay a dividends. We specify how dividends are based the Dividends provision of Your Policy. We use th same procedure to determine the dividends We ma pay on this Rider.

**Time Limit On Certain Defenses**

After two years from the date this Rider become Effective, only fraudulent misstatements in the app cation may be used to void this Rider or to deny a claim for a Disability that starts after the two year period.

After two years from the date any additional benefit or Rider change based on a subsequent application becomes Effective, only fraudulent misstatements in the subsequent application may be used to void or deny the additional benefit or Rider change.

No claim for Disability that starts two years after the date this Rider becomes effective will be denied because a disease or physical condition existed before coverage began: Unless We have specifically excluded the condition from coverage by name or specific description.

No claim for Disability caused by a disease or physical condition fully and accurately described in the application will be denied on the basis that the condition existed before coverage began: Unless We have specifically excluded the condition from coverage by name or specific description.

**Termination**

This Rider will end on the earliest of the following dates:

- 31 days after the due date of any unpaid premium;
- as of the next premium due date upon Your Written Request;
- the Policy Expiration Date;
- the death of the Insured.

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

PRESIDENT

# MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
### Springfield, Massachusetts

## Dividend Option Endorsement

The Dividends provision in the OTHER BENEFITS section of Your Policy is deleted and replaced with the following:

> While this Policy is In-Force, We may credit it with dividends. Dividends are based on divisible surplus, if any, as We may apportion at the end of each Policy Year. We pay dividends in cash on each Policy Anniversary. However, You may request that We apply the dividends toward the premium payments.

The Paying Premiums With Accumulated Dividends provision is deleted from OTHER BENEFITS section of Your Policy.

This endorsement is part of the Policy to which it is attached. Issued by MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Springfield, Massachusetts.

Secretary

EDI2

(edi2)

# MODIFICATION OF COVERAGE

## MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
### Springfield, Massachusetts

INSURED:  KIMBERLY L MCGOWEN

POLICY NUMBER: 08,310,213                DATE OF THIS RIDER:  MAY 28, 2009

In consideration of the issuance of this Policy, it is agreed that:

This Rider is to be attached to and form a part of the Policy above.

Accepted on  ...............................................    .......................................................................................
                              Date                              Insured's Signature -  KIMBERLY L MCGOWEN

XL-GS-92

Notice of Annual Meeting:

The Insured is hereby notified that by virtue of this policy he or she is a member of Massachusetts Mutual Life Insurance Company and is entitled to vote either in person or by proxy at any and all meetings of said Company. The annual meetings are held at its Home Office, in Springfield, Massachusetts, on the second Wednesday of April in each year at 2 o'clock p.m.

**DISABILITY INCOME POLICY**
Noncancelable - Rates guaranteed for the life of the Policy
Guaranteed continuable to age 65
Participating - Annual Dividends
Convertible at Age 65

# MODIFICATION OF COVERAGE

## MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
### Springfield, Massachusetts

INSURED:  KIMBERLY L MCGOWEN

POLICY NUMBER: 8,310,213                    DATE OF THIS RIDER:  MAY 09, 2001

In consideration of the issuance of this Policy, it is agreed that:

> The insurance will not cover any disability contributed to or caused by any impairment, disease or disorder due to breast implants including treatment, surgery and complications thereof.

This Rider is to be attached to and form a part of the Policy above.

X Accepted on ...3.29.02............        X.........................................................
                Date                         Insured's Signature - KIMBERLY L MCGOWEN

FILE WITH APP'N
NO. 8310213

# MODIFICATION OF COVERAGE

## MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
### Springfield, Massachusetts

INSURED:  KIMBERLY L MARTIN

POLICY NUMBER: 8,310,213                    DATE OF THIS RIDER: MAY 09, 2001

In consideration of the issuance of this Policy, it is agreed that:

The insurance will not cover any disability contributed to or caused by any impairment, disease or disorder due to breast implants including treatment, surgery and complications thereof.

This Rider is to be attached to and form a part of the Policy above.

Accepted on ......5..8:01.....................        ...................................................
                      Date                        Insured's Signature    KIMBERLY L MARTIN

MAY 23 2001