FILED
2024 May-28 PM 02:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

KIMBERLY L. MCGOWEN,

    Plaintiff,

v.

    CASE NO.:  CV-2024-902081.00

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

    Defendant.

## NOTICE OF FILING REMOVAL

Defendant Massachusetts Mutual Life Insurance Company, by and through its undersigned counsel, hereby gives notice that it has filed the attached Notice of Removal for the above-captioned action in the United States District Court for the Northern District of Alabama.  *See* Exhibit A.

Dated: May 24, 2024

Respectfully submitted,

*/s/ Joseph Barnello*
Ronald W. Flowers, Jr. (ASB-3635-A59F)
Joseph Barnello (ASB-2066-H82R)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email:  rflowers@burr.com
        Jbarnello@burr.com

Kate L. Villanueva (pro hac vice forthcoming)
Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000

DMS_US.364207428.1

Philadelphia, PA  19103
Telephone:  (215) 988 2535
Facsimile:  (215) 988-2757
kate.villanueva@faegredrinker.com

ATTORNEYS FOR DEFENDANT
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2024, a true and correct copy of the foregoing was sent via United States Mail, postage prepaid, to the following counsel of record:

William Henry McGowen III
4215 Cliff Road South
Birmingham, AL 35222
(205) 422-4296
unitedhumanitylife@gmail.com

*Attorney for Plaintiff*

*/s/ Joseph Barnello*
OF COUNSEL

# EXHIBIT A

DMS_US.364207428.1