FILED
2024 Aug-16 PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

# UNITED HUMANITY

## ORDER

1. Kimbery L. McGowen and Massachusetts Mutual Life Insurance Company negotiated Disability Income Policy Number 8,310,213 and the contract became enforceable pursuant to its terms upon execution and payment of the initial "premium".
2. Kimberly L. McGowen has paid and continues to pay "premiums" as consideration for the promise by Mass Mutual to pay "benefits" if Kimberly L. McGowen reached a condition meeting the definition of "Total Disability.
3. Kimberly L. McGowen's "condition", as evidenced by her "testimony" and the complete record of her duly filed "Claim", clearly confirms that the definition of "Total Disability"has been met.
4. The contract "agreement" does not provide Mass Mutual a "right" to "determine" Kimberly L. McGowen's status or condition if the insured has submitted a clearly presented "claim" of "right".
5. Massachusetts Mutual Life Insurance Company is ORDERED to pay the "benefits" pursuant to the terms of the Disability Income Policy Number 8,310,213.
6. Payment of the calculated sum due following the expiration of the 90 day "waiting period", which began December 29, 2023, to date, shall be made on or before September 1, 2024.
7. Failure to make the payment will result in a "Fine" of $100,000.00. Payments of "Fines" to UNITED HUMANITY do not credit against the contract obligation calculated pursuant to the contract terms.

8. Following the payment of the initial five months of "benefits" (April through August) as calculated, Massachusetts Mutual Life Insurance Company is ORDERED to pay the remaining monthly "benefits" pursuant to the terms of the Disability Income Policy Number 8,310,213.
9. Failure to make a monthly payment by the 10th day of the month will yield a five percent (5%) late charge.
10. Enforcement by UNITED HUMANITY is contracted through private security companies and the cost of said invoices will be added to the amount of the "Fine".
11. Responsive communications shall be submitted via "reply all" email.

The date of entry of this ORDER is the 12th day of August, 2024.

**UNITED HUMANITY, JUDICIAL COUNCIL**