FILED
2024 Sep-10 PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

| From: | Billy |
|---|---|
| To: | Villanueva, Kate L. |
| Cc: | Billy McGowen; Barnello, Joe; Flowers, Ronald; Au, Eric F. |
| Subject: | Re: UNITED HUMANITY ORDER Kimberly L. McGowen v. Massachusetts Mutual Life Insurance Company |
| Date: | Saturday, August 17, 2024 11:31:10 AM |

**This Message originated outside your organization.**

UNITED HUMANITY has entered an enforceable ORDER.

Thank you for communicating the position of Massachusetts Mutual Life Insurance Company.

On Fri, Aug 16, 2024 at 1:49 PM Villanueva, Kate L. <kate.villanueva@faegredrinker.com> wrote:

> Billy,
>
> The question of whether benefits are payable is pending before Judge Manasco, and we will proceed with litigating that question in her court. Thank you.
>
> **Kate L. Villanueva**
> kate.villanueva@faegredrinker.com
> +1 215 988 2535 direct / +1 609 933 8080 mobile / +1 215 988 2757 fax
>
> **Faegre Drinker Biddle & Reath LLP**
> One Logan Square, Suite 2000
> Philadelphia, Pennsylvania 19103 USA
>
> **From:** Billy <unitedhumanitylife@gmail.com>
> **Sent:** Friday, August 16, 2024 2:40 PM
> **To:** Billy McGowen <billy@giving4life.com>
> **Cc:** Villanueva, Kate L. <kate.villanueva@faegredrinker.com>; Barnello, Joe

<jbarnello@burr.com>; Flowers, Ronald <rflowers@burr.com>; Au, Eric F. <eric.au@faegredrinker.com>
**Subject:** Re: UNITED HUMANITY ORDER Kimberly L. McGowen v. Massachusetts Mutual Life Insurance Company

**This Message originated outside your organization.**

Dr. McGowen has been specifically referred through counsel to the June 3, 2024 letter.

In the first paragraph the Claim Examiner states:

"Limitations are noted that you are UNABLE TO PERFORM BENDING AND FINE HAND AND MOTOR FUNCTION. Dr. Spiegel indicates you are restricted in bending and performing fine and motor activities involved in oral and dental surgery."

More importantly Dr. McGowen has indicated in sworn testimony that she can only work part of a day before the condition of her body, manifested in constant pain, is such that a period of approximately ten days is required to work another day.

The definition of TOTAL DISABILITY is clearly met in this case and benefits are due to be paid.

UNITED HUMANITY

On Wed, Aug 14, 2024 at 6:40 PM Billy McGowen <billy@giving4life.com> wrote:

> Kate,

I just returned to my computer. You have received an ORDER issued by UNITED HUMANITY. I anticipated your response because your legal reality is defined by state law and federal law. UNITED HUMANITY provides a forum for the presentation of claims among its Members that supersedes all statutory and case law. Every human on planet Earth is a member and has the opportunity to present their evidence in any case submitted to the UNITED HUMANITY Judicial Council.

The "breach of contract" case has been submitted and UNITED HUMANITY'S Judicial Council has entered a Final ORDER. Compliance with the ORDER is, of course, a decision for the Defendant, Mass Mutual. We are encouraged by the fact that UNITED HUMANITY takes its ORDERS very seriously and contracts privately for enforcement. We are comfortable with the content and direction of the ORDER. As I communicated to you by telephone, we will accept the sum of $750,000.00 to put this case to bed. I need an answer by Friday. A refusal will result in additional Petitions and ORDERS against the individuals who have acted inappropriately in the litigation of this case.

Kate, this is not the case for you guys to play the game as usual. The game is vastly different.

Billy

---

**From:** Villanueva, Kate L. <kate.villanueva@faegredrinker.com>
**Sent:** Wednesday, August 14, 2024 11:33 AM
**To:** Billy <unitedhumanitylife@gmail.com>; Billy McGowen <billy@giving4life.com>
**Cc:** Barnello, Joe <jbarnello@burr.com>; Flowers, Ronald <rflowers@burr.com>; Au, Eric F. <eric.au@faegredrinker.com>
**Subject:** RE: UNITED HUMANITY ORDER Kimberly L. McGowen v. Massachusetts Mutual Life Insurance Company

Hi Billy,

I am not sure what this is, why you sent it to me, or how you perceive that this would impact the pending litigation. I also received your voicemail this morning following up on our previous discussion. I apologize for not getting back to you sooner. MassMutual does not currently have a response to your demand, but we are open to settlement discussions in the future. Thank you.

**Kate L. Villanueva**

kate.villanueva@faegredrinker.com
+1 215 988 2535 direct / +1 609 933 8080 mobile / +1 215 988 2757 fax

**Faegre Drinker Biddle & Reath LLP**
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103 USA

**From:** Billy <unitedhumanitylife@gmail.com>
**Sent:** Monday, August 12, 2024 3:39 PM
**To:** Villanueva, Kate L. <kate.villanueva@faegredrinker.com>; Billy McGowen <billy@giving4life.com>
**Subject:** UNITED HUMANITY ORDER Kimberly L. McGowen v. Massachusetts Mutual Life Insurance Company

**This Message originated outside your organization.**

SEE ATTACHED ORDER