| | |
|---|---|
| **From:** | cmecf_ALND@alnd.uscourts.gov |
| **To:** | ecfAdmin@alnd.uscourts.gov |
| **Subject:** | Activity in Case 2:24-cv-00670-AMM McGowen v. Massachusetts Mutual Life Insurance Company Answer to Complaint |
| **Date:** | Monday, August 5, 2024 4:13:35 PM |

**This Message originated outside your organization.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Northern District of Alabama

## Notice of Electronic Filing

The following transaction was entered by Flowers, Ronald on 8/5/2024 at 3:11 PM CDT and filed on 8/5/2024

| | |
|---|---|
| **Case Name:** | McGowen v. Massachusetts Mutual Life Insurance Company |
| **Case Number:** | 2:24-cv-00670-AMM |
| **Filer:** | Massachusetts Mutual Life Insurance Company |
| **Document Number:** | 10 |

**Docket Text:**
**AMENDED ANSWER to Complaint , *Affirmative Defenses and*, COUNTERCLAIM FOR DECLARATORY JUDGMENT against Kimberly L McGowen by Massachusetts Mutual Life Insurance Company.(Flowers, Ronald)**

**2:24-cv-00670-AMM Notice has been electronically mailed to:**

Joseph Barnello , Jr     jbarnello@burr.com

Katherine L Villanueva     kate.villanueva@faegredrinker.com

Ronald W Flowers , Jr     rflowers@burr.com

W Henry McGowen , III     unitedhumanitylife@gmail.com

**2:24-cv-00670-AMM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078951271 [Date=8/5/2024] [FileNumber=5932015-0]
[ab8ea5040d4afb7a6f18ffda7465c2decb369a37b2f02483710db98fd9e0c4363c95
40d7f1dfda969389be93174d85ecf6933c27bd89fb6a6867b198cf634b73]]