FILED
2024 Sep-10 PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY L. MCGOWEN,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendant/Counter-Plaintiff. | Case No. 2:24-cv-00670-AMM |

## DECLARATION OF LAURIE SHARITT IN SUPPORT OF DEFENDANT/COUNTERCLAIM-PLAINTIFF MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY'S RESPONSE TO ORDER TO SHOW CAUSE

I, LAURIE SHARITT, hereby declare:

1. I am over eighteen (18) years of age, suffer no disability, and am competent to testify based on personal knowledge of the matters set forth herein.

2. I am a paralegal at the law firm Burr & Forman LLP, which represents Defendant Massachusetts Mutual Life Insurance Company ("MassMutual") in the above-captioned case.

3. On August 5, 2024, I placed a copy of MassMutual's Amended Answer and Counterclaim in an envelope, First-Class mail postage prepaid, addressed to Plaintiff's attorney, William McGowen III, at the following address: 4215 Cliff Road South, Birmingham, AL 35222.

1

4. Based on the Plaintiff's State Court Complaint, 4215 Cliff Road South, Birmingham, Alabama, is Mr. McGowen's last known address.

5. I mailed the envelope in accordance with the Firm's standard practices by placing the envelope in the mail tray on the 33rd floor where my office is located. Epiq Office Services picks up all mail in the mail tray every other hour Monday through Friday during office hours with the last pick up being at 6:30 p.m. Shortly after the 6:30 p.m. mail pick up, Epiq Office Services delivers all outgoing mail to Birmingham's Main Branch of the United States Post Office, which is approximately 7:00 p.m., Monday through Friday.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge.

Dated: September 10, 2024

_____
Laurie Sharitt

DMS_US.366239245.1